**Stephen Thomas YELVERTON, as Assignee of the claims of Wade H. Atkinson, Jr., Plaintiff–Appellant,**

v.

**Phyllis Y. EDMUNDSON; Yelverton Farms, Ltd., Defendants–Appellees.**

No. 15–2342.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2016.

Decided: March 31, 2016.

Stephen Thomas Yelverton, Appellant Pro Se. Matthew Scott Sullivan, White & Allen, PA, Kinston, North Carolina, for Appellees.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Thomas Yelverton seeks to appeal the district court's order denying his motion for leave to file a second amended complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Yelverton seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Appellees' motion to dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*